**UNITED STATES BANKRUPTCY COURT**
**Middle District of Alabama**

In re                                                                                         Case No. 10–33080
                                                                                              Chapter 13
Kenneth D. May

    Debtor


A *Petition for Relief under Chapter 13 of Title 11, U.S. Code*, filed by or against the above named Debtor on November 11, 2010.

## ORDER CONFIRMING PLAN

The debtor's plan was filed on November 11, 2010. The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtors chapter 13 plan, as amended, if applicable, is **confirmed**.


    Done this 31st day of January, 2011.


                                                 /s/ Dwight H. Williams Jr.
                                                 United States Bankruptcy Judge