UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:  CASE NO. 10-33080-DHW
CHAPTER 13

KENNETH D MAY

JUDGE DWIGHT H. WILLIAMS JR.

DEBTOR  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Curtis C. Reding files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** WELLS FARGO FINANCIAL ALABAMA, INC

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 9 | 5590 | $2,356.64 | $2,356.64 | $2,458.92 |
| Total Amount Paid by Trustee | | | | $2,458.92 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit     **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 21st day of July, 2015.

KENNETH D MAY, 158 LACY MAY RD, GRAY, AL 36036

ELECTRONIC SERVICE - MARK CAVANAUGH, ATTORNEY AT LAW, 4252 CARMICHAEL RD, MONTGOMERY, AL 36106

WELLS FARGO FINANCIAL ALABAMA, INC, 4137 121ST ST, URBANDALE, IA 50323

ELECTRONIC SERVICE - Bankruptcy Administrator

Date: July 21, 2015                                    /s/ Curtis C. Reding
                                                       Curtis C. Reding
                                                       Chapter 13 Trustee
                                                       P. O. Box 173
                                                       Montgomery, AL 36101-0173